# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAMON D. COATS,
              Appellant,

vs.

THE STATE OF NEVADA,
              Respondent.

No. 80003

**FILED**

DEC 0 9 2019

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on January 9, 2019. Appellant did not file the notices of appeal, however, until November 5, 2019, and November 14, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-49755

cc: Hon. William D. Kephart, District Judge
Damon D. Coats
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk